IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: HILDY BOWBEER
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Jonathan Cortez Castaneda,

    Defendant.

| | |
|---|---|
| Case No: | 22-mj-79 HB |
| Date: | January 19, 2022 |
| Video Conference | |
| Time Commenced: | 1:04 p.m. |
| Time Concluded: | 1:14 p.m. |
| Time in Court: | 10 minutes |

APPEARANCES:

 Plaintiff: David Genrich, Assistant U.S. Attorney
 Defendant: Doug Micko, Assistant Federal Public Defender
   X  FPD  X To be appointed

 X Advised of Rights

on ___ Indictment
X Date charges or violation filed: 1/5/2022
X Current Offense: Conspiracy to Possess with intent to distribute a controlled substance
X **Charges from other District:** Central District of California
X Title and Code of underlying offense from other District: 21:841(a)(1)(b)(1)(B)(ii)
X Case no: 8:22-cr-003

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is January 21, 2022 at 11:00 a.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
X Detention hrg


X Removal hearing waived
X Removal Order to be issued

Additional Information:

X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                               s/ JAM
                           Signature of Courtroom Deputy